# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Sheila Finnegan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3725 | **DATE** | 12/8/2010 |
| **CASE TITLE** | Roselle McLaughlin-Ashkenaz vs. National Home Health Services, LLC | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties' stipulation of voluntary dismissal with prejudice, this action is dismissed with prejudice. Except as otherwise agreed to by the parties, each party shall bear its own costs and attorney fees. Civil case terminated.

Mailed notice.

| | Courtroom Deputy Initials: | IS |
|---|---|---|